UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 OCT -9  AM 11: 33

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Docket No. |
| Plaintiff, ) | 07 MJ 2406 |
| ) | |
| v. ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| Diego SERNA-Rodriquez, ) | Title 8, U.S.C., Section 1326 |
| ) | Deported Alien Found in the |
| ) | United States |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

On or about **October 5, 2007** within the Southern District of California, defendant, **Diego SERNA-Rodriquez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **9th** DAY OF **OCTOBER, 2007**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Diego SERNA-Rodriquez

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On October 5, 2007, at approximately 6:20 PM, Border Patrol Agent L. Hayes responded to a report via radio of four individuals running north across Camino De La Plaza Street, San Ysidro, California. This area is approximately 300 yards north of the International Border and one mile west of the San Ysidro Port of Entry. Upon arriving in the area and obtaining visual confirmation of the four individuals, a short foot chase ensued. Agent Hayes apprehended one of the individuals later identified as the defendant **Diego SERNA-Rodriquez**. Due to the observations of Agent Hayes, as well as the fact that this area is commonly used by undocumented aliens to further their illegal entry into the United States, Agent Hayes identified himself as a Border Patrol Agent, and conducted an immigration inspection. The defendant, admitted to being a citizen and national of Mexico illegally in the United States, and did not possess any documents that would allow them to legally enter or remain in the United States. Agent Hayes arrested the defendant, and had him transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on October 01, 2007** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was read his Miranda rights, which he acknowledged and was willing to make a statement without an attorney present. The defendant stated that he was a citizen and national of Mexico without valid immigration documents to enter or remain within the United States legally.

Executed on October 6, 2007 at 9:30 A.M.

_____
Ismael A. Canto
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on October 5, 2007 in violation of Title 8, United States Code, Section 1326.

_____          10/6/07 - 1:15 PM
Leo S. Papas                              Date/Time
United States Magistrate Judge